PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Acting Regional Chief Counsel
Office 7
Social Security Administration
Michael J. Mullen, WSBA No. 54288
Special Assistant United States Attorney
Office of the General Counsel
    Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
    Seattle, WA  98104-7075
    Telephone: (206) 615-2748
    Facsimile: (206) 615-2531
    Email: Michael.J.Mullen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| CAROLYN JEAN MORENO,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:22-cv-00583-JLT-GSA (SS)<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from December 12, 2022, up to and including January 11, 2023.  This is the parties' first request for an extension of the Defendant's response deadline regarding Plaintiff's Motion for Summary Judgment.  The Court requires good cause for modification of the briefing schedule.  Defendant respectfully requests that the Court find good cause for the following reasons.

    Plaintiff filed her brief on October 27, 2022 (Dkt. 13). However, the undersigned counsel for the Commissioner was recently assigned this matter on December 7, 2022 (Dkt. 14). During the four business days between then and now, the undersigned also responded to three other dispositive motion deadlines. In this case, after reviewing the Plaintiff's brief and the administrative record, the undersigned counsel for the Commissioner prepared a memorandum to the client agency to explore settlement options. To allow time for the client to respond to the memorandum and negotiate a possible settlement with Plaintiff, or draft a responsive brief, if necessary, counsel requests a 30-day extension, until January 11, 2023, to file Defendant's brief.

    With Court approval, the parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  December 12, 2022

/s/  *Jonathan Omar Pena**
JONATHAN OMAR PENA
Attorney for Plaintiff
(*signature authorized via e-mail December 12, 2022)

Dated: December 12, 2022

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Acting Regional Chief Counsel
Office 7
Social Security Administration

By:  /s/  *Michael J. Mullen*
MICHAEL J. MULLEN
Special Assistant U.S. Attorney

Attorneys for Defendant

1
2       Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that
3  Defendant shall have an extension of 30 days, to January 11, 2023, to file the Commissioner's
4  responsive brief.
5
6  IT IS SO ORDERED.
7       Dated:   **December 12, 2022**                    **/s/ Gary S. Austin**
8                                                              UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip. for Ext.; 1:22-cv-00583-JLT-GSA                    3