# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN JEAN MORENO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:22-cv-00583-JLT-GSA (SS)<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

　　　　With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from January 11, 2023, up to and including February 10, 2023.  This is the parties' second request for an extension of the Defendant's response deadline regarding Plaintiff's Motion for Summary Judgment.  The Court requires good cause for modification of the briefing schedule.  Defendant respectfully requests that the Court find good cause for the following reasons.

　　　　After reviewing the Plaintiff's brief and the administrative record, the undersigned counsel for the Commissioner prepared a memorandum to the client agency to explore settlement options. This client agency and the undersigned remain engaged in communication that is necessary to determine how to proceed in this matter. To allow time for client communication and to negotiate a possible settlement with Plaintiff, or draft a responsive brief, if necessary, counsel requests a 30-day extension, until February 10, 2023, to file the Commissioner's brief.

　　　　With Court approval, the parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  January 10, 2022　　　　　　　　/s/  *Jonathan Omar Pena**
　　　　　　　　　　　　　　　　　　　　　　　JONATHAN OMAR PENA

|  |  |
|---|---|
|  | Attorney for Plaintiff<br>(*signature authorized via e-mail January 9, 2023) |
| Dated: January 10, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br>MATHEW W. PILE<br>Acting Regional Chief Counsel<br>Office 7<br>Social Security Administration |
| By: | /s/ *Michael J. Mullen*<br>MICHAEL J. MULLEN<br>Special Assistant U.S. Attorney |
|  | Attorneys for Defendant |

## ORDER

Pursuant to the parties' Stipulation, IT IS ORDERED that Defendant shall have an extension of 30 days, to February 10, 2023, to file a responsive brief.

IT IS SO ORDERED.

Dated: **January 10, 2023**              **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE