UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MORENO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO.: 1:22-cv-00583-GSA<br><br>**ORDER GRANTING EAJA FEES**<br><br><br>(Doc. 25) |

　　　Pursuant to stipulation, Doc. 25, it is ORDERED that attorney fees and expenses of $6,827.47 are awarded to Plaintiff subject to the terms set forth in the stipulation dated June 27, 2024.

IT IS SO ORDERED.

　　Dated:　**June 27, 2024**　　　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE